# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132936

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                  SC: 132936
                                                   COA: 263033
                                                   Wayne CC: 04-012408-01

PHILLIP JEFFERY REED,
          Defendant-Appellant.

_____/

          On order of the Court, the application for leave to appeal the November 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



          I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007                          _____

d0521                                                    Clerk